IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BAXTER AGENCY, LLC**                                                                **PLAINTIFF**

v.                  4:05CV00884-WRW

**REPUBLIC WESTERN INSURANCE COMPANY**
**And BISYS SPECIALTY PROGRAMS, A DIVISION**
**OF BISYS COMMERCIAL SERVICES, INC. f/k/a**
**TRANSPORTATION INSURANCE SPECIALISTS**        **DEFENDANTS**

## ORDER OF DISMISSAL WITH PREJUDICE

Based on the Stipulation for Dismissal with Prejudice (Doc. # 49) filed by Plaintiff and Defendants, and because the parties stipulate that a settlement has been reached of all claims, demands, and causes of action that were or could have been filed by Plaintiff against the Defendants or by Defendants against Plaintiff, this lawsuit and all claims, demands, and causes of action that were or could have been asserted are hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED dated this 19th day of April 2007.

                                                          /s/Wm. R. Wilson, Jr.
                                             UNITED STATES DISTRICT JUDGE

**APPROVED:**
FRIDAY, ELDREDGE & CLARK, LLP
400 W. Capitol Ave., Suite 2000
Little Rock, AR 72201-3493
Telephone: (501) 376-2011
E-mail: *crass@fec.net*

By: /s/ Kevin A. Crass
　　　Kevin A. Crass (ABA No. 84029)

　　　**Attorneys for** Baxter Agency, LLC


LASER LAW FIRM, P.A.
101 S. Spring St., Suite 300
Little Rock, AR 72201
Telephone: (501) 376-2981
E-mail: *dangulo@laserlaw.com*

By: /s/ Alfred F. Angulo, Jr.
　　　Alfred F. Angulo, Jr. (ABA No. 81003)

　　　**Attorney for** BISYS Specialty Programs, a
　　　Division of BISYS Commercial Services, Inc.
　　　f/k/a Transportation Insurance Specialists


ROSE LAW FIRM
a Professional Association
120 East Fourth Street
Little Rock, AR 72201-2893
Telephone: (501) 377-0307
Facsimile: (501) 375-1309
E-mail: pgoss@roselawfirm.com

By: /s/ Patrick J. Goss
　　　Patrick J. Goss (ABA No. 73042)

　　　**Attorneys for**
　　　Republic Western Insurance Company